**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01853-RPM-MEH

NICOLE SPARANO,

                Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,

                Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with Prejudice, each party to pay its own attorney's fees and costs.

DATED: November 6th , 2006

BY THE COURT:

s/Richard P. Matsch

_____

U.S. DISTRICT JUDGE